**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



**ORDER**

Appellate case name:     Houston Progressive Radiology Associates, PLLC, Rodolfo L. Garcia and Brandon C. Stroh v. Stephen B. Lee, M.D.. P.A. a Texas Professional Association , Dean Paul Chauvin, Jr., M.D., P.A., a Texas Professional Association, and Michael Nguyen, M.D.

Appellate case number:    01-14-00467-CV

Trial court case number:  2014-12279

Trial court:              80th District Court of Harris County

Appellant Houston Progressive Radiology Associates, PLLC's Amended Unopposed Motion to Substitute Counsel filed on August 5, 2014 is **GRANTED**. The Clerk of this Court is ordered to substitute Paul D. Clute for Fields Alexander as counsel of record for Houston Progressive Radiology Associates, PLLC.

Judge's signature: ___/s/ Rebeca Huddle
                              X  Acting individually     ☐  Acting for the Court

Date:  September 25, 2014